# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MICHAEL HARTNESS, | C/A No. 4:12-cv-2978 DCN |
| Plaintiff, | |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff filed this motion on April 25, 2014. On May 15, 2014, the parties filed a joint stipulation, stating that they agreed to a reduction in payment of attorneys fees.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for attorneys fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is hereby **GRANTED** in the amount of $5,550.25, plus $16.00 for expenses.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

May 21, 2014
Charleston, South Carolina